**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10100 Santa Monica Blvd., 11th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as ***(1) Summons and Notice of Status Conference [on Amended Complaint], with attached Notice re: Continuance; (2) [Amended] Complaint to Avoid Fraudulent Transfers; and Objections to Claim Nos. 141-1 and 142-1]; and (3) Notice of Required Compliance with Local Bankruptcy Rule 7026-1*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ***February 7, 2011***, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On ***February 7, 2011,*** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ***February 7, 2011,*** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

VIA HAND DELIVERY
The Honorable Barry Russell
U.S. Bankruptcy Court, Central District of California
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 7, 2011 | Mary de Leon | /s/ Mary de Leon |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9013-3.1.PROOF.SERVICE**
59918-002\DOCS_LA:232509.1

**ADDITIONAL SERVICE LIST:**

**2:11-ap-01303-BR Notice will be electronically mailed to:**

Gillian N Brown on behalf of Plaintiff R Neilson
gbrown@pszjlaw.com, gbrown@pszjlaw.com

R. Todd Neilson (TR)
tneilson@ecf.epiqsystems.com, vdoran@lecg.com;sgreenan@lecg.com

David M Poitras on behalf of Interested Party Courtesy NEF
dpoitras@jmbm.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

**2:11-ap-01303-BR Notice will be sent via U.S. mail to:**

Canyon Springs Shopping Center, LLC
c/o Alex Moradi, Agent for Service of Process
9301 Wilshire Blvd., #315
Beverly Hills, CA  90210

Canyon Springs Shopping Center, LLC
9301 Wilshire Blvd., Suite 315
Beverly Hills, CA  90210
Attn: Issac Moradi, Managing Member

Canyon Springs Shopping Center, LLC
c/o Jeffrey M. Pomerance, Esq.
Sulmeyer Kupetz
333 S Hope Street, 35th Floor
Los Angeles, CA  90071

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*            **F 9013-3.1.PROOF.SERVICE**
59918-002\DOCS_LA:232509.1