Dean A. Ziehl, Esq. (CA Bar No. 84529)
Alan J. Kornfeld, Esq. (CA Bar No. 130063)
Gillian N. Brown, Esq. (CA Bar No. 205132)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email: dziehl@pszjlaw.com
       akornfeld@pszjlaw.com
       gbrown@pszjlaw.com

Special Counsel for R. Todd Neilson, Chapter 11 Trustee
for Ezri Namvar

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>EZRI NAMVAR,<br><br>               Debtor. | Case No.: 2:08-bk-32349-BR<br><br>Chapter 11 |
| R. TODD NEILSON, solely in his capacity as chapter 11 trustee for EZRI NAMVAR,<br><br>               Plaintiff,<br><br>vs.<br><br>CANYON SPRINGS SHOPPING CENTER, LLC,<br><br>               Defendant. | Adv. No. 2:11-ap-01303-BR<br><br>**NOTICE OF CHANGE OF ADDRESS**<br><br>[No Hearing Required] |

      PLEASE TAKE NOTICE THAT, as of August 20, 2011, Pachulski Stang Ziehl & Jones LLP (the "Firm") has changed its address for service of notices and documents in the above-captioned action. The new address for the Firm is as follows:

               Pachulski Stang Ziehl & Jones LLP
               10100 Santa Monica Boulevard, ***13th Floor***
               Los Angeles, California 90067
               Telephone:  (310) 277-6910
               Facsimile:   (310) 201-0760

DOCS_LA:243702.1 59918-002

1 | All notices and documents regarding the action should be sent to the above address.

2 | Dated: August 30, 2011        PACHULSKI STANG ZIEHL & JONES LLP

3

4 |           By    */s/ Gillian N. Brown*
                Dean A. Ziehl
5 |                 Alan J. Kornfeld
                Gillian N. Brown

6 |                 Special Counsel for R. Todd Neilson, Chapter 11
Trustee for Ezri Namvar

7–28

2

DOCS_LA:243702.1 59918-002

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA  90067**

A true and correct copy of the foregoing document described **NOTICE OF CHANGE OF ADDRESS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 30, 2011** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On August 30, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **August 30, 2011** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

*By Personal Delivery*
Honorable Barry Russell
United States Bankruptcy Court
Central District of California
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 30, 2011 | Mary de Leon | */s/ Mary de Leon* |
|---|---|---|
| Date | Type Name | Signature |

1

DOCS_LA:243702.1 59918-002

**ADDITIONAL SERVICE INFORMATION** (if needed):

**2:11-ap-01303-BR Notice will be electronically mailed to:**

Gillian N Brown on behalf of Plaintiff R Neilson
gbrown@pszjlaw.com, gbrown@pszjlaw.com

H Alexander Fisch on behalf of Defendant Canyon Springs Shopping Center, LLC, a California limited liability company
afisch@stutman.com

R. Todd Neilson (TR)
tneilson@brg-expert.com, vdoran@brg-expert.com;sgreenan@brg-expert.com

David M Poitras on behalf of Interested Party Courtesy NEF
dpoitras@jmbm.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

**2:11-ap-01303-BR Notice will be sent via U.S. mail to:**

Alexander Fisch, Esq.
Stutman Treister & Glatt
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                                          **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:243702.1 59918-002